1   GUNDERSON LAW FIRM
    John R. Funk, Esq.
2   Nevada State Bar No. 12372
    jfunk@gundersonlaw.com
3   Jeremy R. Reichenberg, Esq.
    Nevada State Bar No. 10297
4   jreichenberg@gundersonlaw.com
    3895 Warren Way
5   Reno, Nevada 89509
    Telephone: 775.829.1222
6   Facsimile: 775.829.1226
7   *Attorneys for Angel Vasquez Barnes and*
8   *Joseph Barnes*

9

                **UNITED STATES DISTRICT COURT**
10
                      **DISTRICT OF NEVADA**
11

12

13   MISSION HEALTHCARE SERVICES, LLC, a          3:22-cv-00333-LRH-CLB
     California limited liability company; and
14   HEALTHY LIVING AT HOME – CARSON
     CITY, LLC, a Nevada Limited Liability        **ORDER GRANTING**
15   Company,                                     **STIPULATION FOR EXTENSION**
                                                  **OF RESPONSE DEADLINE TO**
16                      Plaintiffs,               **COMPLAINT**

17          vs.                                   **(First Request)**

18   BATTLE BORN HOME HEALTH, LLC, a
     Nevada limited liability company; JESSICA
19   CONNANT (CRISP), an individual; ANGEL
     VASQUEZ BARNES, an individual, and
20   JOSEPH BARNES, an individual,

21                      Defendants.
22   _____/

23

24

25          IT IS STIPULATED, by and between Plaintiffs MISSION HEALTHCARE SERVICES,

26   LLC, a California limited liability company ("Mission Healthcare") and HEALTHY LIVING AT

27   HOME – CARSON CITY, LLC, a Nevada Limited Liability Company ("Healthy Living") and

28   Defendants ANGEL VASQUEZ BARNES, an individual, and JOSEPH BARNES, an individual

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA  89509
(775) 829-1222

-1-

(together, "The Barnes") by and through their respective counsel of record, that the time allowed for The Barnes to respond to Mission Healthcare and Health Living's *Complaint* [ECF No. 1] shall be extended up to and including **October 3, 2022**.  This is The Barnes' first request for an extension of time to respond to the Complaint.  This stipulation is made in good faith and not in an attempt to delay proceedings, but rather is made to accommodate recently retained counsel for The Barnes in preparing a response to the Complaint.

DATED this 9th day of September, 2022.
GUNDERSON LAW FIRM

    */s/ John Funk*
John R. Funk, Esq.
Nevada State Bar No. 12372
Jeremy R. Reichenberg, Esq.
Nevada State Bar No. 10297
*Attorneys for Angel Vasquez Barnes and Joseph Barnes*

DATED this 9th day of September, 2022.
HOLLAND & HART LLP

    */s/ Sydney Gambee*
Sydney R. Gambee, Esq.
Nevada State Bar No. 14201
*Attorney for Mission Healthcare Services and Healthy Living at Home – Carson City*

## ORDER

**IT IS SO ORDERED.**

DATED this  12th  day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA  89509
(775) 829-1222

-2-