GUNDERSON LAW FIRM
John R. Funk, Esq.
Nevada State Bar No. 12372
jfunk@gundersonlaw.com
Jeremy R. Reichenberg, Esq.
Nevada State Bar No. 10297
jreichenberg@gundersonlaw.com
3895 Warren Way
Reno, Nevada 89509
Telephone: 775.829.1222
Facsimile: 775.829.1226
*Attorneys for Angel Vasquez Barnes and Joseph Barnes*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MISSION HEALTHCARE SERVICES, LLC, a California limited liability company; and HEALTHY LIVING AT HOME – CARSON CITY, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>BATTLE BORN HOME HEALTH, LLC, a Nevada limited liability company; JESSICA CONNANT (CRISP), an individual; ANGEL VASQUEZ BARNES, an individual, and JOSEPH BARNES, an individual,<br><br>Defendants.<br>_____/ | 3:22-cv-00333-LRH-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF RESPONSE DEADLINE TO COMPLAINT** |

IT IS STIPULATED, by and between Plaintiffs MISSION HEALTHCARE SERVICES, LLC, a California limited liability company ("Mission Healthcare") and HEALTHY LIVING AT HOME – CARSON CITY, LLC, a Nevada Limited Liability Company ("Healthy Living") and Defendants ANGEL VASQUEZ BARNES, an individual, and JOSEPH BARNES, an individual

(together, the "Barnes") by and through their respective counsel of record, that the time allowed for the Barnes to respond to Mission Healthcare and Health Living's *Complaint* [ECF No. 1] shall be extended up to and including October 14, 2022.  This is the parties second request for an extension of time to respond to the Complaint.  This stipulation is made in good faith and not in an attempt to delay proceedings, but rather is made as an accommodation of resolution discussions that occurred in hopes of alleviating the necessity of filing a responsive pleading.

DATED this 30th day of September, 2022.
GUNDERSON LAW FIRM

 _/s/ John Funk_
John R. Funk, Esq.
Nevada State Bar No. 12372
Jeremy R. Reichenberg, Esq.
Nevada State Bar No. 10297
*Attorneys for Angel Vasquez Barnes and Joseph Barnes*

DATED this 30th day of September, 2022.
HOLLAND & HART LLP

 _/s/ Sydney Gambee_
Sydney R. Gambee, Esq.
Nevada State Bar No. 14201
*Attorney for Mission Healthcare Services and Healthy Living at Home – Carson City*

IT IS SO ORDERED.

DATED this 30th day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE