**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA, NORTHERN DIVISION**

| | |
|---|---|
| MISSION HEALTHCARE SERVICES, LLC, a California limited liability company; and HEALTHY LIVING AT HOME - CARSON CITY, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiffs,<br><br>v.<br><br>BATTLE BORN HOME HEALTH, LLC, a Nevada limited liability company; JESSICA CONNANT (CRISP), an individual; ANGEL VASQUEZ BARNES, an individual; and JOSEPH BARNES, an individual,<br><br>    Defendants. | Case No.:  3:22-cv-00333-LRH-CLB<br><br>**ORDER TO CONSOLIDATE AND EXTEND PLAINTIFFS' DEADLINE TO FILE RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS, AND PROPOSED ORDER**<br><br>*FIRST REQUEST* |

**STIPULATION**

Plaintiffs MISSION HEALTHCARE SERVICES, LLC and HEALTHY LIVING AT HOME – CARSON CITY, LLC, ("Plaintiffs") and Defendants ANGEL VASQUEZ BARNES and JOSEPH BARNES (together, the "Barnes"), and Defendants JESSICA CONNANT (CRISP)  ("Connant") and BATTLE BORN HOME HEALTH, LLC ("Battle Born," and together with Plaintiffs, Connant, and the Barnes, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows.

1

1. Connant and Battle Born filed their Motion to Dismiss, or in the alternative, Motion for a More Definite Statement (the "Battle Born MTD") on October 3, 2022 (ECF No. 19).

2. Plaintiffs' response to the Battle Born MTD is currently due by October 17, 2022.

3. Plaintiffs and the Barnes have stipulated to extend the deadline for the Barnes to file a response to the Complaint, until and including October 14, 2022, which Order granting said stipulation was entered herein on September 30, 2022 (ECF No. 18).

4. Plaintiffs understand that the Barnes also intend to file a motion to dismiss (the "Barnes MTD").

5. Based on an anticipated filing date of October 14, 2022, Plaintiffs' response to the anticipated Barnes MTD would be due by October 28, 2022.

6. Due to a family emergency of counsel for Plaintiffs, the Parties agree to consolidate and extend the deadline for Plaintiffs' responses to the Battle Born MTD and the forthcoming Barnes MTD, until and including November 4, 2022.

7. This is Plaintiffs' first request for an extension of time to respond to the Barnes MTD and the Battle Born MTD.

8. This stipulation is made in good faith and not in an attempt to delay proceedings.

| | |
|---|---|
| Dated this 14th day of October, 2022. | Dated this 14th day of October, 2022. |
| */s/ John R. Funk* | */s/ Sydney R. Gambee* |
| John R. Funk, Esq. (NSB 12372)<br>Jeremy R. Reichenberg, Esq. (NSB 10297)<br>GUNDERSON LAW FIRM<br>3895 Warren Way<br>Reno, Nevada 89509<br><br>*Attorneys for Angel Vasquez Barnes and Joseph Barnes* | Gregory M. Saylin, Esq. (Utah Bar No. 9648)<br>(Pro Hac Vice pending)<br>Kody L. Condos, Esq. (Utah Bar No. 17186)<br>(Admitted Pro Hac Vice)<br>HOLLAND & HART LLP<br>222 S. Main Street, 22nd Floor<br>Salt Lake City, UT 84101<br><br>Sydney R. Gambee, Esq. (NSB 14201)<br>HOLLAND & HART LLP<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiffs Mission Healthcare Services, LLC and Health Living at Home – Carson City, LLC* |

Dated this 14th day of October, 2022.

/s/ Ryan D. Russell
Ryan D. Russell, Esq. (NSB 8646)
ALLISON MACKENZIE, LTD.
402 N. Division Street, P.O. Box 646
Carson City, Nevada 89702

*Attorneys for Battle Born Home Health, LLC
and Jessica Connant*

## ORDER

**IT IS SO ORDERED.** Plaintiffs shall have until and including November 4, 2022 to file their response(s) to the Barnes MTD and the Battle Born MTD.

DATED this 17th day of October, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

20014869_v1  114991.0002