IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| MISSION HEALTHCARE SERVICES, LLC, a California limited liability company; and HEALTHY LIVING AT HOME - CARSON CITY, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>BATTLE BORN HOME HEALTH, LLC, a Nevada limited liability company; JESSICA CONNANT (CRISP), an individual; ANGEL VASQUEZ BARNES, an individual; and JOSEPH BARNES, an individual,<br><br>Defendants. | Case No.: 3:22-cv-00333-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO FILE RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS (THIRD REQUEST)** |

## STIPULATION

Plaintiffs MISSION HEALTHCARE SERVICES, LLC and HEALTHY LIVING AT HOME – CARSON CITY, LLC, ("Plaintiffs") and Defendants ANGEL VASQUEZ BARNES and JOSEPH BARNES (together, the "Barnes"), and Defendants JESSICA CONNANT (CRISP) ("Connant") and BATTLE BORN HOME HEALTH, LLC ("Battle Born," and together with Plaintiffs, Connant, and the Barnes, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows.

1

1. Connant and Battle Born filed their Motion to Dismiss, or in the alternative, Motion for a More Definite Statement (the "Battle Born MTD") on October 3, 2022 (ECF No. 19).

2. The Barnes filed their Motion to Dismiss, or in the alternative, Motion for a More Definite Statement (the "Barnes MTD") on October 14, 2022 (ECF No. 25).

3. Plaintiffs and Defendants stipulated to extend the deadline for Plaintiffs to file responses to the Battle Born MTD and the Barnes MTD, until and including November 4, 2022, which Order granting said stipulation was entered herein on October 17, 2022 (ECF No. 26).

4. Due to a medical procedure of lead counsel for Plaintiffs, the Parties stipulated to extend the deadline for Plaintiffs' responses to the Battle Born MTD and the Barnes MTD, until and including November 18, 2022.

5. Counsel have agreed to extend the deadline for Plaintiffs' responses to the Battle Born MTD and the Barnes MTD, until and including November 23, 2022.

6. Counsel have also agreed to extend the deadline for Defendants to provide their replies in support of the Battle Born MTD and the Barnes MTD, until and including December 14, 2022.

7. This is Plaintiffs' third request for an extension of time to respond to the Barnes MTD and the Battle Born MTD.

8. This is Defendants first request for an extension of the time to file their replies in support of the Barnes MTD and the Battle Born MTD.

9. This stipulation is made in good faith and not in an attempt to delay proceedings.

///
///
///
///
///
///
///
///

Dated this 18th day of November, 2022.

/s/ John R. Funk
John R. Funk, Esq. (NSB 12372)
Jeremy R. Reichenberg, Esq. (NSB 10297)
GUNDERSON LAW FIRM
3895 Warren Way
Reno, Nevada 89509

*Attorneys for Angel Vasquez Barnes and Joseph Barnes*

Dated this 18th day of November, 2022.

/s/ Sydney R. Gambee
Gregory M. Saylin, Esq. (Utah Bar No. 9648)
(Pro Hac Vice pending)
Kody L. Condos, Esq. (Utah Bar No. 17186)
(Admitted Pro Hac Vice)
HOLLAND & HART LLP
222 S. Main Street, 22nd Floor
Salt Lake City, UT 84101

Sydney R. Gambee, Esq. (NSB 14201)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Plaintiffs Mission Healthcare Services, LLC and Health Living at Home – Carson City, LLC*

Dated this 18th day of November, 2022.

/s/ Ryan D. Russell
Ryan D. Russell, Esq. (NSB 8646)
ALLISON MACKENZIE, LTD.
402 N. Division Street, P.O. Box 646
Carson City, Nevada 89702

*Attorneys for Battle Born Home Health, LLC and Jessica Connant*

## ORDER

**IT IS SO ORDERED**. Plaintiffs shall have until and including November 23, 2022 to file their response(s) to the Barnes MTD and the Battle Born MTD. Defendants shall have until and including December 14, 2022 to file their respective replies.

DATED this ___ day of December, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3