Ryan D. Russell, Esq.
Nevada State Bar No. 8646
ALLISON MacKENZIE, LTD.
402 N. Division Street
P.O. Box 646
Carson City, NV 89702
Telephone: (775) 687-0202
Facsimile: (775) 882-7918
rrussell@allisonmackenzie.com
Attorneys for Defendant,
Battle Born Home Health, LLC.,
and Jessica Conant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MISSION HEALTHCARE SERVICES, LLC, a California limited liability company; and HEALTHY LIVING AT HOME-CARSON CITY LLC, a Nevada Limited Liability Company<br><br>Plaintiffs,<br><br>vs.<br><br>BATTLE BORN HOME HEALTH, LLC, a Nevada limited liability company; JESSICA CONNANT (CRISP), an individual; ANGEL VASQUEZ BARNES, an individual; and JOSEPH BARNES, an individual,<br><br>Defendants. | **Case No. 3:22-cv-00333-LRH-CLB**<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DEADLINE TO PRODUCE RULE 26(F) INITIAL DISCLOSURES AND DEFENDANTS' RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND FIRST SET OF INTERROGATORIES** |

**STIPULATION**

Plaintiffs MISSION HEALTHCARE SERVICES, LLC and HEALTHY LIVING AT HOME – CARSON CITY, LLC, ("Plaintiffs") and Defendants ANGEL VASQUEZ BARNES and JOSEPH BARNES (together, the "Barnes"), and Defendants JESSICA CONNANT (CRISP)

("Connant") and BATTLE BORN HOME HEALTH, LLC ("Battle Born," and together with Plaintiffs, Connant, and the Barnes, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows.

1. Plaintiffs submitted their First Set of Requests for Production of Documents and First Set of Interrogatories to each Defendant on October 21, 2022.

2. The Parties filed the Case Management Report on November 18, 2022, setting the deadline for all Parties to make their Rule 26(f) Initial Disclosures no later than December 9, 2022, and for Defendants to respond to Plaintiffs' First Set of Requests for Production of Documents and First Set of Interrogatories no later than December 9, 2022.

3. Counsel have agreed to extend the deadline for all parties to provide their Rule 26(f) Initial Disclosures and for Defendants to respond to Plaintiffs' First Set of Requests for Production of Documents and First Set of Interrogatories, until and including December 16, 2022.

4. This is the Parties first request for an extension of time to submit Rule 26(f) Initial Disclosures.

5. This is Defendants first request for an extension of time to respond to Plaintiffs First Set of Requests for Production of Documents and First Set of Interrogatories.

6. This stipulation is made in good faith and not in an attempt to delay proceedings.

///
///
///
///
///
///
///
///
///

Dated this 8th day of December, 2022.

*/s/ Jeremy R. Reichenberg*
John R. Funk, Esq. (NSB 12372)
Jeremy R. Reichenberg, Esq. (NSB 10297)
GUNDERSON LAW FIRM
3895 Warren Way
Reno, Nevada 89509

*Attorneys for Angel Vasquez Barnes and Joseph Barnes*

Dated this 8th day of December, 2022.

*/s/ Kody L. Condos*
Gregory M. Saylin, Esq. (Utah Bar No. 9648) (Pro Hac Vice pending)
Kody L. Condos, Esq. (Utah Bar No. 17186) (Admitted Pro Hac Vice)
HOLLAND & HART LLP
222 S. Main Street, 22nd Floor
Salt Lake City, UT 84101

Sydney R. Gambee, Esq. (NSB 14201)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Plaintiffs Mission Healthcare Services, LLC and Health Living at Home – Carson City, LLC*

Dated this 8th day of December, 2022.

*/s/ Ryan D. Russell*
Ryan D. Russell, Esq. (NSB 8646)
ALLISON MACKENZIE, LTD.
402 N. Division Street, P.O. Box 646
Carson City, Nevada 89702

*Attorneys for Battle Born Home Health, LLC and Jessica Connant*

## ORDER

**IT IS SO ORDERED**. All Parties shall have until and including December 16, 2022 to file their Initial Disclosures. Defendants shall have until and including December 16, 2022 to file with Responses to Plaintiffs' First Set of Requests for Production of Documents and First Set of Interrogatories.

DATED this 8th day of December, 2022.

UNITED STATES MAGISTRATE JUDGE