RYAN D. RUSSELL, ESQ.
Nevada State Bar No. 8646
ALIDA C. MOONEY, ESQ.
Nevada State Bar No. 16282
**ALLISON MacKENZIE, LTD.**
402 N. Division Street
P.O. Box 646
Carson City, NV 89702
Telephone: (775) 687-0202
Facsimile: (775) 882-7918
rrussell@allisonmackenzie.com
amooney@allisonmackenzie.com

Attorneys for Defendants,
Battle Born Home Health, LLC.,
and Jessica Conant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MISSION HEALTHCARE SERVICES, LLC, a California limited liability company; and HEALTHY LIVING AT HOME-CARSON CITY LLC, a Nevada Limited Liability Company<br><br>Plaintiffs,<br><br>vs.<br><br>BATTLE BORN HOME HEALTH, LLC, a Nevada limited liability company; JESSICA CONNANT (CRISP), an individual; ANGEL VASQUEZ BARNES, an individual; and JOSEPH BARNES, an individual,<br><br>Defendants. | **Case No. 3:22-CV-00333-LRH-CLB**<br><br>**ORDER GRANTING STIPULATION TO WITHDRAW MOTION REGARDING DISCOVERY DISPUTE AND VACATE VIRTUAL MOTION HEARING, AND PROPOSED ORDER** |

COMES NOW, Defendants, BATTLE BORN HOME HEALTH, LLC ("BBHH") and JESSICA CONANT ("Ms. Conant") (collectively "Defendants") by and through their counsel, ALLISON MacKENZIE, LTD., and Plaintiffs, MISSION HEALTHCARE SERVICES, LLC and HEALTHY LIVING AT HOME-CARSON CITY ("Plaintiffs"), by and through their counsel, HOLLAND & HART, LLP, who hereby stipulate as follows:

1

1. That Defendants will withdraw their Motion Regarding Discovery Dispute filed with this court on April 17, 2023, without prejudice, in order to allow all counsel to further meet and confer regarding the matters set forth in that Motion.

2. That the Virtual Motion Hearing set for April 26, 2023 at 9:00 am may be vacated.

**IT IS SO STIPULATED**

Dated this 18th day of April, 2023.

*/s/ Ryan D. Russell*____
Ryan D. Russell, Esq.
Nevada State Bar No. 8646
Alida C. Mooney, Esq.
Nevada State Bar No. 16282
ALLISON MACKENZIE, LTD.
402 N. Division Street, P.O. Box 646
Carson City, Nevada 89702

*Attorneys for Battle Born Home Health, LLC and Jessica Conant*

Dated this 18th day of April, 2023.

*/s/ Kody L. Condos*_____
Gregory M. Saylin, Esq. (Utah Bar No. 9648)
(Admitted Pro Hac Vice)
Kody L. Condos, Esq. (Utah Bar No. 17186)
(Admitted Pro Hac Vice)
HOLLAND & HART LLP
222 S. Main Street, 22nd Floor
Salt Lake City, UT 84101

Sydney R. Gambee, Esq. (NSB 14201)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Plaintiffs Mission Healthcare Services, LLC and Health Living at Home – Carson City, LLC*

*///*

*///*

*///*

*///*

2

**ORDER**

**IT IS SO ORDERD.** The Virtual Motion Hearing set for April 26, 2023 at 9:00 am is vacated.

DATED this 19th day of April 2023.

_____
UNITED STATES MAGISTRATE JUDGE

4867-5798-6142, v. 1