RYAN D. RUSSELL, ESQ.
Nevada State Bar No. 8646
ALIDA C. MOONEY, ESQ.
Nevada State Bar No. 16282
**ALLISON MacKENZIE, LTD.**
402 N. Division Street
P.O. Box 646
Carson City, NV 89702
Telephone: (775) 687-0202
Facsimile: (775) 882-7918
rrussell@allisonmackenzie.com
amooney@allisonmackenzie.com

Attorneys for Defendants,
Battle Born Home Health, LLC.,
and Jessica Conant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MISSION HEALTHCARE SERVICES, LLC, a California limited liability company; and HEALTHY LIVING AT HOME-CARSON CITY LLC, a Nevada Limited Liability Company<br><br>Plaintiffs,<br><br>vs.<br><br>BATTLE BORN HOME HEALTH, LLC, a Nevada limited liability company; JESSICA CONNANT (CRISP), an individual; ANGEL VASQUEZ BARNES, an individual; and JOSEPH BARNES, an individual,<br><br>Defendants. | **Case No. 3:22-CV-00333-LRH-CLB**<br><br>**ORDER ADOPTING AMENDED STIPULATION TO EXTEND DISCOVERY DEADLINES** |

COMES NOW, Defendants, BATTLE BORN HOME HEALTH, LLC ("BBHH") and JESSICA CONANT ("Ms. Conant") and Defendants ANGEL VASQUEZ BARNES and JOSEPH BARES (the "Barnes Defendants", and together with Ms. Conant and BBHH, the "Defendants"), and Plaintiffs, MISSION HEALTHCARE SERVICES, LLC and HEALTHY LIVING AT HOME-CARSON CITY ("Plaintiffs", and together with Defendants, the "Parties"), by and through their respective counsels, who hereby stipulate as follows:

///

**A.     STATEMENT OF DISCOVERY COMPLETED**

1     Initial Disclosures have been served by all parties.

2     All parties have each propounded one round of written discovery on Plaintiffs' claims. This includes the following:

   a.   Plaintiffs have served one set of interrogatories and requests for production of documents to each Defendant, to which each Defendant has responded.

   b.   Ms. Conant and BBHH have served one set of interrogatories, requests for admission, and requests for production of documents on Plaintiffs, to which Plaintiffs have responded, and provided supplemental responses to on May 10, 2023.

   c.   The Barnes Defendants have each served one set of interrogatories, requests for admission, and requests for production of documents on each Plaintiff, to which Plaintiffs have responded, and provided supplemental responses to on May 10, 2023.

**B.     STATEMENT OF DISCOVERY REMAINING**

3.    The Parties anticipate that additional discovery on Plaintiffs' claims is necessary, and that additional discovery will be needed on any counterclaims that may be asserted by the Defendants in this action. This includes:

   a.   Additional rounds of interrogatories, requests for production and supplemental disclosures;
   b.   Depositions of witnesses, including the parties;
   c.   Expert discovery, including disclosures and depositions;
   d.   Third-party discovery, including possible subpoenas duces tecum to percipient witnesses

**C.     REASONS DISCOVERY CAN NOT BE COMPLETED**

4     Ms. Conant and BBHH filed their Motion to Dismiss, or in the alternative, Motion for a More Definite Statement (the "BBHH MTD") on October 3, 2022 (ECF No. 19).

5.    The Barnes Defendants filed their Motion to Dismiss, or in the alternative, Motion for a More Definite Statement (the "Barnes MTD") on October 14, 2022 (ECF No. 25).

6.	Plaintiffs filed their Opposition to the BBHH MTD and the Barnes MTD on November 23, 2022 (ECF No. 25).

7.	BBHH filed its reply in Support of the BBHH MTD on December 13, 2022 (ECF No. 39) and the Barnes Defendants filed their Reply in Support of the Barnes MTD on December 14, 2023 (ECF No. 40).

8	The Barnes Defendants, Ms. Conant, and BBHH have each expressed that they anticipate filing counterclaims after the resolution of the Barnes MTD and BBHH MTD.

9.	On January 9, 2023, the Court adopted and entered the Parties Stipulated Discovery Plan and Scheduling Order (ECF No. 46).

10	On February 22, 2023, the Court granted Plaintiffs, Ms. Conant, and BBHH's Joint Motion to Extend Deadlines (ECF No. 52).

11.	The current discovery cutoff date is August 11, 2023.

12.	The deadline for amending pleadings and adding parties is May 15, 2023.

13.	The deadline for disclosing expert witnesses is May 15, 2023.

14.	Because neither the Barnes MTD nor the BBHH MTD have been resolved and no counterclaims have been filed, the Parties believe and stipulate that it is premature for any party to disclose expert witnesses.

15.	Good cause therefore exists to extend the time to extend the deadline for Fed. R. Civ. P. 26(a)(2) disclosures until June 15, 2023.

16.	The Parties continue to believe that additional time will be needed pending the outcome of the motions and that this deadline and all deadlines will need to be re-visited after the rulings on the Barnes MTD and the BBHH MTD, and, after all counterclaims have been asserted, any Rule 12 motions related to those counterclaims have been resolved.

///
///
///
///
///

3

**D.  PROPOSED DISCOVERY SCHEDULE**

17. The proposed schedule for the remaining discovery is as follows[1]:

|  | **Current Deadline** | **Amended Deadline** |
|---|---|---|
| Discovery cutoff Date | August 11, 2023 | August 11, 2023 |
| Deadline to Amend Pleadings and Add Parties | May 15, 2023 | May 15, 2023 |
| Fed. R. Civ. P. 26(a)(2) Disclosures (Experts) | May 15, 2023 | June 15, 2023 |
| Rebuttal Expert Disclosures | June 14, 2023 | July 17, 2023 |
| Dispositive Motions | September 11, 2023 | September 11, 2023 |
| Joint Pretrial Order | October 10, 2023 | October 10, 2023 |
| Interim Status Report | June 13, 2023 | June 13, 2023 |

18. This is the second request to extend this deadline.

19. This stipulation is made in good faith and not in an attempt to delay proceedings.

**IT IS SO STIPULATED**

Dated this 12th day of May, 2023.

 */s/ Ryan D. Russell*
Ryan D. Russell, Esq.
Nevada State Bar No. 8646
Alida C. Mooney, Esq.
Nevada State Bar No. 16282
ALLISON MACKENZIE, LTD.
402 N. Division Street, P.O. Box 646
Carson City, Nevada 89702

*Attorneys for Battle Born Home Health, LLC and Jessica Conant*

---

[1] The Parties only propose changes to the deadlines for Fed. R. Civ. P. 26(a)(2) and rebuttal expert disclosures.

4

 _/s/ John R. Funk_____
John R. Funk, Esq.
Nevada State Bar No. 12372
GUNDERSON LAW FIRM
3895 Warren Way
Reno, Nevada 89509

*Attorneys for Angel Vasquez Barnes and Joseph Barnes*

 _/s/ Kody L. Condos_____
Gregory M. Saylin, Esq. (Utah Bar No. 9648)
(Pro Hac Vice pending)
Kody L. Condos, Esq. (Utah Bar No. 17186)
(Admitted Pro Hac Vice)
HOLLAND & HART LLP
222 S. Main Street, 22nd Floor
Salt Lake City, UT 84101

Sydney R. Gambee, Esq. (NSB 14201)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Plaintiffs Mission Healthcare Services, LLC and Health Living at Home – Carson City, LLC*

## ORDER

**IT IS SO ORDERD.** The deadline for Fed. R. Civ. P. 26(a)(2) disclosures is extended to June 15, 2023.

DATED this 15th day of May 2023

_____
UNITED STATES MAGISTRATE JUDGE