HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MISSION HEALTHCARE SERVICES, LLC, a California limited liability company; and HEALTHY LIVING AT HOME - CARSON CITY, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BATTLE BORN HOME HEALTH, LLC, a Nevada limited liability company; JESSICA CONNANT (CRISP), an individual; ANGEL VASQUEZ BARNES, an individual; and JOSEPH BARNES, an individual,<br><br>Defendants. | **Case No.: 3:22-cv-00333-LHR-CLB**<br><br>**ORDER GRANTING STIPULATION TO DISMISS CLAIMS AGAINST JOSEPH BARNES AND ANGEL VASQUEZ BARNES WITHOUT PREJUDICE** |

1

Plaintiffs Mission Healthcare Services, LLC ("Mission") and Healthy Living at Home – Carson City, LLC ("HLH") (collectively "Plaintiffs") and Defendants Joseph Barnes and Angel Vasquez Barnes (the "Barnes Defendants"), by and through their counsel of record, hereby stipulate and agree that all claims by Plaintiffs against the Barnes Defendants that were asserted in this matter shall be dismissed without prejudice, with each party to bear its own attorneys fees and costs.

**IT IS SO STIPULATED**

Dated this 14th day of July, 2023.

*/s/ Kody L. Condos*
Gregory M. Saylin, Esq. (Utah Bar No. 9648)
(Pro Hac Vice pending)
Kody L. Condos, Esq. (Utah Bar No. 17186)
(Admitted Pro Hac Vice)
HOLLAND & HART LLP
222 S. Main Street, 22nd Floor
Salt Lake City, UT 84101

Sydney R. Gambee, Esq. (NSB 14201)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Plaintiffs Mission Healthcare Services, LLC and Health Living at Home – Carson City, LLC*


*/s/ John R. Funk*
John R. Funk, Esq.
Nevada State Bar No. 12372
GUNDERSON LAW FIRM
3895 Warren Way
Reno, Nevada 89509

*Attorneys for Angel Vasquez Barnes and Joseph Barnes*

2

**ORDER**

Upon Stipulation by Counsel for the Parties, and good cause appearing therefore,

IT IS ORDERED that all claims by Plaintiffs against the Barnes Defendants that were asserted in this matter shall be dismissed without prejudice, with each party to bear its own attorneys fees and costs.

IT IS SO ORDERED.

DATED this 17th day of July, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3