# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MISSION HEALTHCARE SERVICES, LLC, *et. al*., | Case No. 3:22-CV-00333-LRH-CLB |
| Plaintiffs, | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM** |
| v. | [ECF No. 86] |
| BATTLE BORN HOME HEALTH, LLC., *et al*., | |
| Defendants. | |

Currently pending before the Court is Plaintiffs' Motion for Extension of Time to Respond to Counterclaim. (ECF No. 86.) Defendant Battle Born Health, LLC opposed the motion. (ECF No. 88.) Having reviewed the motion and opposition, the Court finds that Plaintiffs have established good cause to extend the deadline for Plaintiffs to respond to the counterclaim. Therefore, the Court **GRANTS** Plaintiffs' Motion to Extend Time to Respond to Counterclaim, (ECF No. 86). Accordingly, Plaintiffs are ordered to respond to the counterclaim by on or before **October 13, 2023**.

**NO FURTHER EXTENSIONS OF TIME TO RESPOND TO THE COUNTERCLAIM WILL BE GRANTED.**

**IT IS SO ORDERED.**

**DATED**:  October 3, 2023  .

**UNITED STATES MAGISTRATE JUDGE**