ALLISON MacKENZIE, LTD.
402 North Division Street, P.O. Box 646, Carson City, NV 89702
Telephone: (775) 687-0202  Fax: (775) 882-7918
E-Mail Address: law@allisonmackenzie.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MISSION HEALTHCARE SERVICES, LLC, a California limited liability company; and HEALTHY LIVING AT HOME-CARSON CITY LLC, a Nevada Limited Liability Company<br><br>Plaintiffs,<br><br>vs.<br><br>BATTLE BORN HOME HEALTH, LLC, a Nevada limited liability company; JESSICA CONNANT (CRISP), an individual; ANGEL VASQUEZ BARNES, an individual; and JOSEPH BARNES, an individual,<br><br>Defendants. | **Case No. 3:22-CV-00333-LRH-CLB**<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

Defendants, BATTLE BORN HOME HEALTH, LLC ("BBHH") and JESSICA CONANT ("Ms. Conant") (collectively "Defendants") by and through their counsel, ALLISON MacKENZIE, LTD., and Plaintiffs, MISSION HEALTHCARE SERVICES, LLC and HEALTHY LIVING AT HOME-CARSON CITY ("Plaintiffs"), by and through their counsel, HOLLAND & HART, LLP, hereby stipulate and agree that the above-entitled matter shall be dismissed with prejudice, with each

1

party to bear their own attorneys' fees and costs, as the parties have reached a full and final settlement.

**IT IS SO STIPULATED.**

Dated this 30th day of January, 2024.

_/s/ Ryan D. Russell_____
Ryan D. Russell, Esq.
Nevada State Bar No. 8646
Alida C. Mooney, Esq.
Nevada State Bar No. 16282
ALLISON MACKENZIE, LTD.
402 N. Division Street, P.O. Box 646
Carson City, Nevada 89702

*Attorneys for Battle Born Home Health, LLC and Jessica Conant*

Dated this 30th day of January, 2024.

_/s/ Kody L. Kondos_____
Gregory M. Saylin, Esq. (Utah Bar No. 9648)
(Admitted Pro Hac Vice)
Kody L. Condos, Esq. (Utah Bar No. 17186)
(Admitted Pro Hac Vice)
HOLLAND & HART LLP
222 S. Main Street, 22nd Floor
Salt Lake City, UT 84101

Sydney R. Gambee, Esq. (NSB 14201)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Plaintiffs Mission Healthcare Services, LLC and Health Living at Home – Carson City, LLC*

## **ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the above-entitled matter shall be dismissed with prejudice, with each party to bear their own attorneys' fees and costs, as the parties have reached a full and final settlement.

IT IS ORDERED that Plaintiffs Mission Healthcare Services, LLC and Healthy Living at Home-Carson City's Motion to Dismiss (ECF No. 90) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter final judgment accordingly, dismiss this action, and close the case.

IT IS SO ORDERED.

DATED this 30th day of January, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE