AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

MISSION HEALTHCARE SERVICES, LLC, a California limited liability company; and HEALTHY LIVING AT HOME-CARSON CITY LLC, a Nevada Limited Liability Company,

      Plaintiffs,

v.

BATTLE BORN HOME HEALTH, LLC, a Nevada limited liability company; JESSICA CONNANT (CRISP), an individual; ANGEL VASQUEZ BARNES, an individual; and JOSEPH BARNES, an individual,

      Defendants.

JUDGMENT

Case Number:  3:22-cv-00333-LRH-CLB

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to this court's order filed January 30, 2024 (ECF No. 100) granting the parties stipulation for dismissal with prejudice the above-entitled matter is dismissed with prejudice, with each party to bear their own attorneys' fees and costs, as the parties have reached a full and final settlement.

    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date: January 30, 2024

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

AO450 (NVD Rev. 2/18)   Judgment in a Civil Case